**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

JANAY MECHELLE COX

       Plaintiff,

       v.

EQUIFAX INFORMATION SERVICES,
LLC, BANK OF AMERICA, N.A. S/B/M/T
FLEET BANK, GREAT LAKES HIGHER
EDUCATION CORPORATION AND
SUNTRUST BANK,

       Defendants.

CASE NO. 1:25-cv-08232

Honorable Judge Sunil R. Harjani

**DEFENDANT BANK OF AMERICA, N.A.'S THIRD UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES Defendant Bank of America, N.A. ("BANA"), by and through its attorneys,
and for its Third Unopposed Motion for an Extension of Time to Respond to Plaintiff's Amended
Complaint, states as follows:

1. Janay Mechelle Cox (the "Plaintiff") initiated this action by filing her Complaint in
the United States District Court for the Northern District of Illinois on July 18, 2025.  BANA was
never served with the Complaint.  (ECF No. 1.)

2. Plaintiff filed her Amended Complaint on February 3, 2026, and served BANA
with the Amended Complaint on February 12, 2026.  (ECF No. 43.)

3. An extension of time was granted setting BANA's deadline to respond to Plaintiff's
Complaint for April 6, 2026. (ECF No. 58.)  A second extension of time was granted and BANA's
current deadline is April 20, 2026.  (ECF 72.)

4. Based on its investigation into the facts and allegations, there is no basis for any of
the claims alleged against BANA in the Complaint.  Undersigned counsel conferred with Plaintiff

and requested dismissal. Plaintiff responded that she would not agree to dismiss, which now requires BANA to file a motion to dismiss. Therefore, BANA requests an additional fourteen days to prepare its motion to dismiss Plaintiff's Amended Complaint, up to and including May 4, 2026.

5. BANA's counsel has conferred with Plaintiff, and Plaintiff does not oppose the relief sought in this motion.

6. This is BANA's third request for an extension. This motion is brought in good faith, and granting BANA an extension of time to respond to Plaintiff's Amended Complaint will not prejudice any party.

WHEREFORE, Bank of America, N.A., respectfully prays that this Honorable Court grant this motion, grant BANA additional time to respond to Plaintiff's Amended Complaint, up to and including May 4, 2026, and enter whatever further relief this Court deems just and appropriate.

Dated: April 20, 2026

Respectfully submitted,
BANK OF AMERICA, N.A.,

By:    /s/ Susan E. Groh
       One of Its Attorneys

Susan E. Groh (IL 6289629)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 849-8184
sgroh@mcguirewoods.com

*Counsel for Defendant, Bank of America, N.A.*

2