**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Janay Mechelle Cox

                                        Plaintiff,

v.                                                          Case No.: 1:25−cv−08232
                                                            Honorable Sunil R. Harjani

Equifax Information Services LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

     MINUTE entry before the Honorable Sunil R. Harjani: Defendant Bank of America, N.A.'s unopposed motion for an extension of time to respond to Plaintiff's amended complaint [78] is granted to and including 5/4/2026. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.