**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANAY MECHELLE COX<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BANK OF AMERICA, N.A. S/B/M/T FLEET BANK, GREAT LAKES HIGHER EDUCATION CORPORATION AND SUNTRUST BANK,<br><br>    Defendants. | CASE NO. 1:25-cv-08232<br><br>Honorable Judge Sunil R. Harjani |

## DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS

For the reasons stated in the Memorandum in Support filed contemporaneously herewith,

Defendant Bank of America, N.A. ("BANA"), hereby moves to dismiss Plaintiff's Amended

Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 4, 2026

Respectfully submitted,
BANK OF AMERICA, N.A.,

By:    */s/ Susan E. Groh*
        One of Its Attorneys

Susan E. Groh (IL 6289629)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Telephone:  (312) 849-8184
sgroh@mcguirewoods.com

*Counsel for Defendant, Bank of America, N.A.*