**BC**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

 **FILED**
5/29/2026 **AXM**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Janay M Cox | ) | **Case Number**: 1:25-cv-08232 |
| Plaintiff | ) | |
| | ) | **Judge:** Sunil R. Harjani |
| v. | ) | |
| | ) | **Magistrate Judge:** Jeffrey T. Gilbert |
| Equifax Information Services LLC, "Et Al." | ) | |
| | ) | |
| Defendant | ) | |

Motion for Leave to File Plaintiff's Motion for Extension of Time Instanter

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox )
)
        Plaintiff )
)
        v. )
)
Equifax Information Services LLC, "Et Al." )
)
        Defendant )

**Case Number**: 1:25-cv-08232

**Judge:** Sunil R. Harjani

**Magistrate Judge:** Jeffrey T. Gilbert

Plaintiff Janay Mechelle Cox, proceeding pro se, respectfully moves this Court for leave to file her Motion fo

For Extension of Time instanter and states as follows:

On May 4, 2026, the Court entered a briefing schedule requiring Plaintiff to respond to Defendant Bank of

America, N.A.'s Motion to Dismiss on or before May 26, 2026.

Plaintiff was unable to complete and file her response by the deadline due to documented medical limitations

arising from cervical spine injuries, cervical radiculopathy, chronic pain, neurological symptoms, and ongoing

medical treatment.

Plaintiff has continued to diligently pursue this litigation and has been actively preparing her response brief

and organizing the extensive documentary record relevant to the pending motions.

The delay is brief, was not the result of bad faith, and has not prejudiced any Defendant.

Concurrently with this Motion, Plaintiff has submitted a Motion for Extension of Time seeking a fourteen-

day extension through June 9, 2026.

Good cause exists to permit the filing of the Motion for Extension of Time instanter so that the issues may be

resolved on their merits rather than through a procedural default.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox      )
           )  **Case Number**: 1:25-cv-08232
    Plaintiff   )
           )  **Judge:** Sunil R. Harjani
    v.     )
           )  **Magistrate Judge:** Jeffrey T. Gilbert
Equifax Information Services LLC, "Et Al." )
           )
    Defendant  )

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file Plaintiff's Motion for

Extension of Time instanter and grant such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Janay Mechelle Cox

Janay Mechelle Cox
Plaintiff, Pro Se

Dated: May 29, 2026


CERTIFICATE OF SERVICE

I, Janay Mechelle Cox, certify that on this May 29 2026, I electronically filed the foregoing Plaintiff's Motion

for Extension of Time to File Response to Defendant Equifax Information Services LLC and all other

Defendants' Motion to Dismiss and Response to Plaintiff's Complaint with the

Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF

electronic filing system.

I further certify that the CM/ECF system will provide electronic notice of this filing to all counsel of record
appearing on behalf of Defendants in this action, including counsel for:
• Equifax Information Services LLC;
• Bank of America, N.A.;
• Great Lakes Higher Education Corporation and/or related Great Lakes entities;

To the extent any party has not registered for electronic service through CM/ECF, service shall be made in
accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois.


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Janay M Cox           )

         Plaintiff        )

          )

        v.           )

Equifax Information Services LLC, "Et Al."    )

         )

        Defendant      )

**Case Number**:   1:25-cv-08232

**Judge:**   Sunil R. Harjani

**Magistrate Judge:**   Jeffrey T. Gilbert

Respectfully submitted,

/s/ Janay Mechelle Cox

Plaintiff, Pro Se
9348 S. Troy Avenue
Evergreen Park, Illinois 60805
(312) 519-3138
Janay38@gmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]