[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BC

FILED
5/29/2026

AXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox

      Plaintiff

      v.

Equifax Information Services LLC, "Et Al."

      Defendant

)
)
)
)
)
)
)
)
)

**Case Number**: 1:25-cv-08232

**Judge:** Sunil R. Harjani

**Magistrate Judge:** Jeffrey T. Gilbert

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND ALL OTHER DEFENDANTS' MOTION TO DISMISS AND RESPONSES TO PLAINTIFF"S COMPLAINT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox )
)
      Plaintiff )
) **Case Number**: 1:25-cv-08232
)
      v. ) **Judge:** Sunil R. Harjani
)
Equifax Information Services LLC, "Et Al." ) **Magistrate Judge:** Jeffrey T. Gilbert
)
      Defendant )

Plaintiff Janay Mechelle Cox, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for a fourteen (14) day extension of time to file her Response in Opposition to Defendant Equifax Information Services LLC and all other Defendants' Motion to Dismiss and Response to Plaintiff's complaint. In support thereof, Plaintiff states as follows:

1. Procedural Background

   1. On May 4, 2026, the Court entered a briefing schedule providing that Plaintiff's response to Defendant Bank of America, N.A.'s Motion to Dismiss would be due on May 26, 2026, and Defendant's reply would be due on June 9, 2026.

   2. Plaintiff respectfully requests an extension of fourteen (14) days, through June 9, 2026, to file her response brief and requests that any subsequent briefing deadlines be adjusted accordingly.

2. Good Cause and Excusable Neglect

   3. Plaintiff has diligently pursued this action and has actively litigated this matter throughout the proceedings.

   4. However, Plaintiff continues to experience significant medical limitations arising from documented cervical spine injuries, cervical radiculopathy, chronic neck pain, neurological symptoms, upper-extremity weakness, and ongoing medical treatment.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Janay M Cox | ) | **Case Number**: 1:25-cv-08232 |
| Plaintiff | ) | |
| | ) | **Judge:** Sunil R. Harjani |
| v. | ) | |
| Equifax Information Services LLC, "Et Al." | ) | **Magistrate Judge:** Jeffrey T. Gilbert |
| Defendant | ) | |

    d. Great Lakes Educational Loan Services, Inc. ("GLELSI");

      e. Ascendium Education Solutions, Inc.;

      f. Loan rehabilitation records;

      g. Consolidation records;

      h. National Student Loan Data System ("NSLDS") records;

      i. Consumer credit reports;

      j. Credit reporting disputes and reinvestigations ;

      k. Equitable tolling issues; and

      l. Furnisher liability under the Fair Credit Reporting Act.

10. Plaintiff has identified numerous records reflecting differing lender, servicer, guarantor, and reporting identities associated with the same underlying student-loan obligations, requiring careful review and analysis before filing a complete response.

11. Plaintiff also intends to address documentary inconsistencies concerning Bank of America, Fleet Bank, Great Lakes entities, Ascendium, rehabilitation activity, and subsequent reporting histories that are relevant to the issues raised in Defendant's Motion to Dismiss.

4. No Prejudice to Defendant

12. The requested extension is brief.

13. Defendant Bank of America will suffer no prejudice from a fourteen-day extension.

14. Plaintiff seeks the extension solely to permit adequate review, organization, and presentation of the relevant evidence and legal authorities.

15. Plaintiff brings this request in good faith and not for purposes of delay.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                                          )
                                                     )   **Case Number**:  1:25-cv-08232
                        Plaintiff                    )
                                                     )
                                                     )   **Judge:**  Sunil R. Harjani
                        v.                           )
                                                     )
Equifax Information Services LLC, "Et Al."           )   **Magistrate Judge:**  Jeffrey T. Gilbert
                                                     )
                        Defendant                    )


5. Legal Authority

16. Federal Rule of Civil Procedure 6(b)(1)(B) authorizes a court to extend a deadline after expiration

    upon a showing of excusable neglect.

17. In determining whether excusable neglect exists, courts consider:

    a. the danger of prejudice to the opposing party;
    b. the length of the delay and its impact on judicial proceedings;
    c. the reason for the delay; and
    d. whether the movant acted in good faith.

Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993).


18. Plaintiff respectfully submits that these factors weigh in favor of granting the requested extension

    because:

    a. Defendant will suffer no prejudice;
    b. The requested delay is minimal;
    c. Plaintiff's medical limitations and the complexity of the record constitute good cause and
       excusable neglect; and
    d. Plaintiff has acted diligently and in good faith.

19. Courts further recognize that equitable considerations may warrant additional time wher

    extraordinary circumstances impair a litigant's ability to timely prepare filings. See Holland v.

    Florida, 560 U.S. 631, 649 (2010).


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Janay M Cox )
        Plaintiff )
)
        v. )
)
Equifax Information Services LLC, "Et Al." )
)
        Defendant )

**Case Number**: 1:25-cv-08232

**Judge:** Sunil R. Harjani

**Magistrate Judge:** Jeffrey T. Gilbert

20. Moreover, the Seventh Circuit has repeatedly emphasized the preference for resolving cases on their merits rather than through procedural defaults. See Cracco v. Vitran Express, Inc., 559 F.3d 625, 631 (7th Cir. 2009).

WHEREFORE CLAUSE

WHEREFORE, Plaintiff Janay Mechelle Cox respectfully requests that the Court:

A. Grant Plaintiff a fourteen (14) day extension of time, through June 9, 2026, to file her Response in Opposition to Defendant Equifax Information Services LLC and all other Defendants' Motion to Dismiss and response to Plaintiff's Complaint;

B. Adjust any corresponding reply deadline as necessary; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Janay Mechelle Cox

Janay Mechelle Cox
Plaintiff, Pro Se

9348 S Troy Ave
Evergreen Park,
IL, 60805
312-519-3138
Janay38@gmail.com
Dated: May 29, 2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                                          )
                                                     )      **Case Number**: 1:25-cv-08232
             Plaintiff                               )
                                                     )
                                                     )      **Judge:** Sunil R. Harjani
             v.                                      )
                                                     )
Equifax Information Services LLC, "Et Al."           )      **Magistrate Judge:** Jeffrey T. Gilbert
                                                     )
             Defendant                               )

CERTIFICATE OF SERVICE

I, Janay Mechelle Cox, certify that on this May 29 2026, I electronically filed the foregoing Plaintiff's Motion

for Extension of Time to File Response to Defendant Equifax Information Services LLC and all other

Defendants' Motion to Dismiss and Response to Plaintiff's Complaint with the

Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF

electronic filing system.

I further certify that the CM/ECF system will provide electronic notice of this filing to all counsel of record
appearing on behalf of Defendants in this action, including counsel for:

• Equifax Information Services LLC;
• Bank of America, N.A.;
• Great Lakes Higher Education Corporation and/or related Great Lakes entities;
• Ascendium Education Solutions, Inc.;
• and all other defendants who have appeared through counsel in this matter.

To the extent any party has not registered for electronic service through CM/ECF, service shall be made in
accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois.

Respectfully submitted,

/s/ Janay Mechelle Cox
Plaintiff, Pro Se

9348 S. Troy Avenue
Evergreen Park, Illinois 60805
(312) 519-3138
Janay38@gmail.comJ

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]