**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Janay Mechelle Cox

                          Plaintiff,

v.                                     Case No.: 1:25−cv−08232
                                     Honorable Sunil R. Harjani

Equifax Information Services LLC, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 1, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion for an extension of time to respond to Defendant Bank of America, N.A.'s motion to dismiss (81) [86] is granted to and including 6/9/2026. Defendant Bank of America, N.A.'s reply is now due by 6/16/2026. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.