## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Janay Mechelle Cox

                               Plaintiff,

v.                                      Case No.: 1:25−cv−08232
                                      Honorable Sunil R. Harjani

Equifax Information Services LLC, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

       MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion for an extension of time to file responses to Defendant Equifax Information Services LLC's (73) and Defendant Great Lakes Higher Education Corporation's (74) motion to dismiss [87] is granted to and including 6/9/2026. Defendants' replies are now due by 6/16/2026. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.