

JM BC [If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED
6/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Janay M Cox | ) | **Case Number**: 1:25-cv-08232 |
| Plaintiff | ) | |
| | ) | **Judge:** Sunil R. Harjani |
| v. | ) | |
| | ) | **Magistrate Judge:** Jeffrey T. Gilbert |
| Equifax Information Services LLC, "Et Al." | ) | |
| Defendant | ) | |

MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME INSTANTER

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                                     )
                   Plaintiff        )    **Case Number**: 1:25-cv-08232
                           )
                           )    **Judge:** Sunil R. Harjani
              v.           )
                           )    **Magistrate Judge:** Jeffrey T. Gilbert
Equifax Information Services LLC, "Et Al."      )
                           )
              Defendant       )

Plaintiff Janay Mechelle Cox, proceeding pro se, respectfully moves this Court for leave to file her Second Motion for Extension of Time instanter and states as follows:

1. On May 29, 2026, Plaintiff filed a Motion for Extension of Time due to documented medical limitations arising from cervical spine injuries and ongoing treatment.

2. The Court granted Plaintiff's motion and extended the deadline to file responses through June 9, 2026, with Defendants' replies due on June 16, 2026.

3. Plaintiff was unable to complete and file her responses by the applicable deadlines due to continuing medical limitations arising from cervical spine injuries, cervical radiculopathy, chronic pain, neurological symptoms, and ongoing medical treatment.

4. Since the Court granted the prior extension, Plaintiff's medical condition has not improved.

5. Plaintiff recently underwent pain-management treatment, including injections, which failed to provide relief.

6. Plaintiff has now been prescribed physical therapy to determine whether additional surgical intervention, including possible cervical fusion surgery, is medically necessary.

7. Plaintiff continues to experience pain and functional limitations affecting prolonged sitting, computer use,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Janay M Cox )
                Plaintiff )
) **Case Number**: 1:25-cv-08232
)
v. ) **Judge:** Sunil R. Harjani
)
Equifax Information Services LLC, "Et Al." ) **Magistrate Judge:** Jeffrey T. Gilbert
)
                Defendant )

concentration, and the preparation of legal filings.

8. Plaintiff is proceeding pro se and has diligently pursued this litigation despite significant medical limitations.

9. Plaintiff has actively prepared responses to the pending motions to dismiss and continues to organize and review the extensive documentary record relevant to the claims and defenses in this action.

10. The delay is brief, was not the result of bad faith, and will not prejudice Defendants.

11. Concurrently with this Motion, Plaintiff has submitted a Second Motion for Extension of Time seeking a fourteen (14) day extension through June 30, 2026.

12. Federal Rule of Civil Procedure 6(b)(1)(B) permits the Court, for good cause, to extend a deadline after it has expired where the failure to act was the result of excusable neglect.

13. In determining whether excusable neglect exists, courts consider the danger of prejudice to the opposing party, the length of delay and its impact on judicial proceedings, the reason for the delay, and whether the movant acted in good faith. Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993).

14. Plaintiff respectfully submits that these factors weigh in favor of granting leave because the delay is brief,

15. Moreover, the Seventh Circuit recognizes a preference for resolving cases on their merits rather than through procedural defaults. See Cracco v. Vitran Express, Inc., 559 F.3d 625, 631 (7th Cir. 2009).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                                    )
                  Plaintiff                )     **Case Number**: 1:25-cv-08232
                        )
                        )     **Judge:** Sunil R. Harjani
              v.                    )
                        )     **Magistrate Judge:** Jeffrey T. Gilbert
Equifax Information Services LLC, "Et Al."     )
                        )
              Defendant             )

16. Good cause and excusable neglect exist to permit the filing of Plaintiff's Second Motion for Extension of Time instanter so that the issues presented may be resolved on their merits rather than through procedural default.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant leave to file Plaintiff's Second Motion for Extension of Time instanter;

B. Grant Plaintiff's Second Motion for Extension of Time and extend Plaintiff's deadline to file responses through June 30, 2026; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Janay Mechelle Cox

Janay Mechelle Cox
Plaintiff, Pro Se
9348 S. Troy Avenue
Evergreen Park, Illinois 60805
(312) 519-3138
Janay38@gmail.com

Dated: June 26 2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                               )
                             )  **Case Number**: 1:25-cv-08232
         Plaintiff                     )

                             )  **Judge:** Sunil R. Harjani
         v.                           )

Equifax Information Services LLC, "Et Al."  )  **Magistrate Judge:** Jeffrey T. Gilbert
                             )
         Defendant                     )

I, Janay Mechelle Cox, certify that on this 26 day of June 2026, I electronically filed the foregoing Motion

for Leave to File Plaintiff's Second Motion for Extension of Time Instanter with the Clerk of the United States

District Court for the Northern District of Illinois using the Court's CM/ECF electronic filing system.

I further certify that the CM/ECF system will provide electronic notice of this filing to all counsel of record

appearing on behalf of Defendants in this action, including counsel for:

• Equifax Information Services LLC;

• Bank of America, N.A.;

• Great Lakes Higher Education Corporation and/or related Great Lakes entities;

• Ascendium Education Solutions, Inc.; and

• all other Defendants who have appeared through counsel in this matter.

To the extent any party has not registered for electronic service through CM/ECF, service shall be made in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois.

Respectfully submitted,

/s/ Janay Mechelle Cox

Plaintiff, Pro Se

9348 S. Troy Avenue
Evergreen Park, Illinois 60805
(312) 519-3138
Janay38@gmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]