JM BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
6/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Janay M Cox | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Equifax Information Services LLC, "Et Al." | ) |
| | ) |
| Defendant | ) |

**Case Number**: 1:25-cv-08232

**Judge:** Sunil R. Harjani

**Magistrate Judge:** Jeffrey T. Gilbert

PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO
DEFENDANTS' MOTIONS TO DISMISS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox )
              Plaintiff )
   )
   )
   v. )
   )
Equifax Information Services LLC, "Et Al." )
   )
              Defendant )

**Case Number**: 1:25-cv-08232

**Judge:** Sunil R. Harjani

**Magistrate Judge:** Jeffrey T. Gilbert

Plaintiff, Janay Mechelle Cox, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for an additional fourteen (14) day extension of time, through June 30, 2026, to file her Responses in Opposition to Defendants' Motions to Dismiss. In support thereof, Plaintiff states as follows:

1. On May 29, 2026, Plaintiff moved for an extension of time due to ongoing medical complications.

2. The Court granted Plaintiff's motion and extended the deadline to file responses through June 9, 2026, with Defendants' replies due on June 16, 2026.

3. Plaintiff respectfully requests an additional fourteen (14) day extension of time through June 30, 2026.

4. Plaintiff has diligently litigated this matter and prosecuted her claims in good faith despite significant medical limitations.

5. Plaintiff continues to suffer from documented cervical spine injuries, cervical radiculopathy, chronic neck pain, neurological symptoms, and upper-extremity weakness.

6. Since the Court granted the prior extension, Plaintiff's medical condition has not improved.

7. Plaintiff recently underwent pain-management treatment, including injections, which failed to provide relief.

8. Plaintiff has now been prescribed physical therapy to determine whether additional surgical intervention,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Janay M Cox )
      )   **Case Number**: 1:25-cv-08232
     Plaintiff )
      )
      )   **Judge:** Sunil R. Harjani
     v. )
      )
Equifax Information Services LLC, "Et Al." )  **Magistrate Judge:** Jeffrey T. Gilbert
      )
     Defendant )

including possible cervical fusion surgery, is medically necessary.

9. Plaintiff continues to experience pain and functional limitations affecting prolonged sitting, computer use, concentration, and the preparation of legal filings.

10. Plaintiff is proceeding pro se and is attempting to adequately respond to multiple motions to dismiss involving complex issues under the Fair Credit Reporting Act, including consumer reporting agency liability, furnisher liability, reinsertion procedures, statute of limitations, equitable tolling, and conflicting loan-servicing records.

11. Plaintiff seeks this extension in good faith and not for purposes of delay.

12. Defendants will suffer little or no prejudice from a brief fourteen-day extension.

13. Under Federal Rule of Civil Procedure 6(b)(1)(B), a court may extend a deadline after its expiration upon a showing of excusable neglect.

14. Plaintiff respectfully submits that excusable neglect exists because her continuing medical condition and ongoing treatment have substantially impaired her ability to complete her responses by the existing deadline.

15. The requested extension is limited in duration and serves the interests of resolving this matter on its merits

rather than through procedural default.

WHEREFORE, Plaintiff respectfully requests that this Court:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                                    )
                                               )    **Case Number**: 1:25-cv-08232
                    Plaintiff                  )
                                               )
                                               )    **Judge:** Sunil R. Harjani
                    v.                         )
                                               )
Equifax Information Services LLC, "Et Al."     )    **Magistrate Judge:** Jeffrey T. Gilbert
                                               )
                    Defendant                  )

A. Grant Plaintiff an additional fourteen (14) day extension of time, through June 30, 2026, to file her

Responses in Opposition to Defendants' Motions to Dismiss;

B. Adjust any corresponding briefing deadlines as necessary; and

C. Grant such other and further relief as the Court deems just and proper.


Respectfully submitted,

/s/ Janay Mechelle Cox
Janay Mechelle Cox
Plaintiff, Pro Se
9348 S. Troy Avenue
Evergreen Park, Illinois 60805
(312) 519-3138
Janay38@gmail.com

Dated: June 16 2026

CERTIFICATE OF SERVICE

I, Janay Mechelle Cox, certify that on this 26 day of June 2026, I electronically filed the foregoing Plaintiff's

Second Motion for Extension of Time to File Responses to Defendants' Motions to Dismiss with the Clerk of

the United States District Court for the Northern District of Illinois using the Court's CM/ECF electronic

filing system.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Janay M Cox | ) | **Case Number**: 1:25-cv-08232 |
| Plaintiff | ) | |
| | ) | **Judge:** Sunil R. Harjani |
| v. | ) | |
| | ) | **Magistrate Judge:** Jeffrey T. Gilbert |
| Equifax Information Services LLC, "Et Al." | ) | |
| | ) | |
| Defendant | ) | |

I further certify that the CM/ECF system will provide electronic notice of this filing to all counsel of record

appearing on behalf of Defendants in this action, including counsel for:

• Equifax Information Services LLC;

• Bank of America, N.A.;

• Great Lakes Higher Education Corporation and/or related Great Lakes entities;

• Ascendium Education Solutions, Inc.; and

• all other Defendants who have appeared through counsel in this matter.


To the extent any party has not registered for electronic service through CM/ECF, service shall be made in

accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois.

Respectfully submitted,

/s/ Janay Mechelle Cox

Plaintiff, Pro Se

9348 S. Troy Avenue
Evergreen Park, Illinois 60805
(312) 519-3138
Janay38@gmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]