**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Janay Mechelle Cox

                                        Plaintiff,

v.                                                          Case No.: 1:25–cv–08232
                                                            Honorable Sunil R. Harjani

Equifax Information Services LLC, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

        MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held by telephone. Plaintiff and counsel for the Defendants were present. Counsel for Defendant SunTrust Bank failed to appear or notify the Court regarding a scheduling conflict. For the reasons stated on the record, and in light of Plaintiff's recent medical procedures, Plaintiff's second motion for an extension of time [94, 95] is granted. FINAL EXTENSION. Plaintiff's response briefs to Defendants' motion to dismiss [73, 74, 81] is now due 6/26/2026 and Defendants' reply are due 7/15/2026. The Court will issue a written ruling via CM/ECF. Failure to file a response brief by 6/26/26 will result in dismissal for want of prosecution. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.