BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
6/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Janay M Cox | ) | **Case Number**:  1:25-cv-08232 |
| Plaintiff | ) | |
| | ) | **Judge:**  Sunil R. Harjani |
| v. | ) | |
| | ) | **Magistrate Judge:**  Jeffrey T. Gilbert |
| Equifax Information Services LLC, "Et Al." | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff's Motion to Dismiss Without Prejudice

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox                                )
                                           )
       Plaintiff                 )  **Case Number**: 1:25-cv-08232
                                           )
                                           )
       v.                        )  **Judge:** Sunil R. Harjani
                                           )
Equifax Information Services LLC, "Et Al."  )  **Magistrate Judge:** Jeffrey T. Gilbert
                                           )
       Defendant                 )

Plaintiff, Janay M. Cox, respectfully moves this Court to dismiss this action **without prejudice** and states as follows:

1. Plaintiff filed this action in good faith.

2. Since filing this action, Plaintiff has experienced significant and ongoing medical complications that have substantially affected her ability to prosecute this case.

3. Plaintiff is currently undergoing continued medical treatment, including physical therapy, diagnostic testing, and other medical care. Due to her medical condition, Plaintiff is presently unable to devote the time and attention necessary to effectively litigate this matter.

4. Plaintiff respectfully requests that this action be dismissed **without prejudice** so that the dismissal is not an adjudication on the merits and does not prevent Plaintiff from pursuing her claims in the future, if appropriate, after her health improves and subject to applicable law.

5. This request is made in good faith and is not intended to delay proceedings or prejudice the Defendant. Rather, Plaintiff seeks dismissal because she is presently unable to continue prosecuting this action due to her medical condition.

WHEREFORE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Janay M Cox       )

         )

    Plaintiff    )  **Case Number**: 1:25-cv-08232

         )

    v.     )  **Judge:** Sunil R. Harjani

         )

Equifax Information Services LLC, "Et Al." )  **Magistrate Judge:** Jeffrey T. Gilbert

         )

    Defendant   )

Plaintiff respectfully requests that the Court enter an Order dismissing this action **without prejudice**, with each party to bear its own costs and attorney's fees unless otherwise ordered by the Court, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Janay M. Cox
Plaintiff, Pro Se

Date: June 26, 2026


 Certificate of Service

I certify that on June 26 , 2026 I served a copy of this Motion to Dismiss Without Prejudice on all counsel of record through the Court's CM/ECF system or by another method authorized by the Federal Rules of Civil Procedure.

Respectfully submitted,

Janay M. Cox

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]